IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


MAURICE E. HOLLOMAN,

    Plaintiff,

v.                              CASE NO. 5:05cv22-RH/WCS

MELISSA G. McDONALD, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 11), to which no objections have been filed. More recently, the United States Court of Appeals for the Eleventh Circuit has dismissed for lack of jurisdiction plaintiff's attempted appeal of an earlier order entered by the magistrate judge. It thus is clear beyond any issue that this court has jurisdiction to enter an order of dismissal.

The magistrate judge has recommended dismissal of this action without prejudice based on plaintiff's false statements regarding his prior litigation. Dismissal without prejudice is not too severe a sanction under these circumstances.

*Page 2 of 2*

If word got around the prisons that false information about prior litigation could be submitted with impunity, the court's ability to enforce the requirements of the Prison Litigation Reform Act would be impaired. And word does get around the prisons. For this reason and those set forth in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The complaint is dismissed without prejudice." The clerk shall close the file.

SO ORDERED this 8th day of May, 2005.

s/Robert L. Hinkle
Chief United States District Judge